United States District Court
Southern District of Texas
**ENTERED**
September 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGUSTIN CALDERON, § | |
| TDCJ #2200225, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-0812 |
| § | |
| ASSISTANT WARDEN T. HUTTO, § | |
| et al., § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 19th day of September, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE